IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION
MDL 2187

| | |
|---|---|
| HUGHES, et al. ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 2:14-cv-10072 |
| ) | |
| C.R. BARD, et al. ) | |
| ) | |
|     Defendants. ) | |

**NOTICE OF SUGGESTION OF DEATH OF PLAINTIFF**

**COMES NOW** Cassondra Hughes with this Notice of Suggestion of Death of Plaintiff Lisa Hughes filed pursuant to Fed. R. Civ. P. 25(a)(1). Lisa Hughes died on December 30, 2013 in Madison County, Indiana. Lisa Hughes was survived by her three children and successors in interest Cassondra Hughes, Teela Adkins, and Joshua Shipp. Her obituary is attached as Exhibit 1 to this Notice.

This Notice is filed concurrently with a Motion to Substitute Cassondra Hughes as the Personal Representative of Lisa Hughes. Cassondra Hughes was appointed Personal Representative of the Estate of Lisa Hughes on May 9, 2014 in Madison County, Indiana. Letters of Administration are attached as Exhibit 2 to this Notice.

This Notice of Suggestion of Death of Plaintiff will be served on all parties and non-party successors in interest pursuant to Fed. R. Civ. P. 25(a)(3), as shown in the attached Certificate of Service.

Dated this 9th day of May, 2014

                                    Respectfully submitted,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV  (#23045)
Branstetter, Stranch, & Jennings PLLC
227 Second Avenue North, 4th Floor
Nashville, TN  37201-1631
Tel:  615/254-8801
Fax: 615/250-3937
gerards@branstetterlaw.com

Christopher W. Cantrell
Doyle Lowther, LLP
Suite 150
10200 Willow Creek Road
San Diego, CA 92131
Tel:  858/935-9960
Fax: 858/939-1939
ccantrell@doylelowther.com

William J. Doyle, II
Doyle Lowther, LLP
Suite 150
10200 Willow Creek Road
San Diego, CA 92131
Tel:  858/935-9960
Fax: 858/939-1939
bill@doylelowther.com

*Counsel for Cassondra Hughes*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 9th, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      I hereby certify that a true and correct copy of the foregoing has been forwarded via U. S. Mail to the following addresses:

Cassondra Hughes
PO Box 327
Windfall, IN 46076

Teela Adkins
PO Box 327
Windfall, IN 46076

Joshua Shipp
413 W 11th St, Apt 221
Alexandria, IN 46001

*Heirs and Successors in Interest to Lisa Hughes*


                                    /s/ J. Gerard Stranch, IV
                                    J. Gerard Stranch, IV