IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION
MDL 2187

| | |
|---|---|
| HUGHES, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 2:14-cv-10072 |
| ) | |
| C.R. BARD, et al. ) | |
| ) | |
| Defendants. ) | |

MOTION TO SUBSTITUTE PLAINTIFF

**COMES NOW** Cassondra Hughes, daughter of Lisa Hughes, deceased, with this Motion to Substitute Plaintiff pursuant to Fed. R. Civ. P. 25(a)(1). In support of this Motion, Cassondra Hughes states as follows:

1. Pursuant to the Stipulated and Agreed Order Regarding Delayed Filing in MDL 2187 [Pretrial Order #80], Plaintiff Lisa Hughes served her Complaint on Defendants C.R. Bard ("Bard") and Tissue Science Laboratories Limited ("TSL") on July 9, 2013.

2. Lisa Hughes died on December 30, 2013 in Madison County, Indiana.

3. Cassondra Hughes filed, concurrently with this Motion, a Notice of Suggestion of Death of Plaintiff pursuant to Fed. R. Civ. P. 25(a)(1) which was served on all parties and non-party successors in interest pursuant to Fed. R. Civ. P. 25(a)(3).

4. Cassondra Hughes was appointed Personal Representative of Lisa Hughes' Estate on May 9, 2014 in Madison County, Indiana. Letters of Administration are attached as Exhibit 1 to this Motion.

5. Lisa Hughes' claim has not been extinguished under Indiana's State Survivorship Statue, Ind. Code § 34-9-3-4. Indiana's Survivorship Statute states that where "a person: (1) receives personal injuries caused by the wrongful act or omission of another; and (2) subsequently dies from causes other than those personal injuries. . . . [t]he personal representative of the decedent who was injured may maintain an action against the wrongdoer to recover all damages resulting before the date of death from those injuries that the decedent would have been entitled to recover had the decedent lived." Ind. Code § 34-9-3-4(a)-(b).

6. Cassondra Hughes is the proper party to be substituted as plaintiff in this action because she has been appointed as the personal representative of Lisa Hughes' Estate and "[t]he personal representative of the decedent" is the person who "may maintain an action against the wrongdoer to recover all damages resulting before the date of death from those injuries." Ind. Code § 34-9-3-4 (b).

7. **WHEREFORE,** Cassondra Hughes respectfully requests that this Court grant this Motion to Substitute Plaintiff and substitute Cassondra Hughes as the Plaintiff in this case.

Dated this 9th day of May, 2014

                Respectfully submitted,

                */s/ J. Gerard Stranch, IV*
                J. Gerard Stranch, IV (#23045)
                Branstetter, Stranch, & Jennings PLLC
                227 Second Avenue North, 4th Floor
                Nashville, TN 37201-1631
                Tel: 615/254-8801
                Fax: 615/250-3937
                gerards@branstetterlaw.com

                Christopher W. Cantrell
                Doyle Lowther, LLP
                Suite 150
                10200 Willow Creek Road
                San Diego, CA 92131
                Tel: 858/935-9960
                Fax: 858/939-1939
                ccantrell@doylelowther.com

                William J. Doyle, II
                Doyle Lowther, LLP
                Suite 150
                10200 Willow Creek Road
                San Diego, CA 92131
                Tel: 858/935-9960
                Fax: 858/939-1939
                bill@doylelowther.com

                *Counsel for Cassondra Hughes*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 9th, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      I hereby certify that a true and correct copy of the foregoing has been forwarded via U. S. Mail to the following addresses:

Cassondra Hughes
PO Box 327
Windfall, IN 46076

Teela Adkins
PO Box 327
Windfall, IN 46076

Joshua Shipp
413 W 11th St, Apt 221
Alexandria, IN 46001

*Heirs and Successors in Interest to Lisa Hughes*

                                   /s/ J. Gerard Stranch, IV
                                   J. Gerard Stranch, IV