Estate of Lisa J. Hughes
48C06 1405 ES

**LETTERS OF ADMINISTRATION**

CAUSE NO. 48C06 1405 ES 213

STATE OF INDIANA
        SS:
MADISON COUNTY

- **TO WHOM THESE PRESENTS SHALL COME, GREETINGS:**

I, Darlene Likens, Clerk of the Circuit Court of Madison County, Indiana,

certify that

Cassondra Hughes

has been appointed personal representative of the Estate of

Lisa J. Hughes

deceased, and has qualified as such.

WITNESS my hand and the seal of the Court, this

MAY - 9 2014

/s/ Darlene Likens
Clerk of Madison County, Indiana

STATE OF INDIANA
        SS:
MADISON COUNTY

I, Darlene Likens, Clerk of the Circuit Court of Madison County, Indiana, do hereby certify that the above and foregoing is a true, correct, and complete copy of the Letters issued in the estate of the above named decedent, as the same appears of records and on file in my office, and of which records and files I am the present legal custodian. Such Letters are in full force and effect.

WITNESS my hand and the seal of the Court this

MAY - 9 2014

/s/ Darlene Likens
Clerk of Madison County, Indiana